```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANKET VYAS,

                         Plaintiff,

      -against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                        Defendants.
-----------------------------------------------------------------X

23-CV-8104 (AT) (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A Discovery Conference is scheduled on **Wednesday, October 11, 2023, at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to discuss the motion at ECF No. 107. By **Friday, October 6, 2023**, Defendant shall file a letter of no more than 3 pages responding to Plaintiff's letter motion.

       **SO ORDERED.**

DATED:    New York, New York
               September 28, 2023

                                                    _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge