USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SANKET VYAS,

                Plaintiff,

-against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                Defendants.

-----------------------------------------------------------------X

**23-CV-8104 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the October 11, 2023 Conference:

**Discovery Deadlines:** The deadline for fact discovery remains **Friday, February 2, 2024**. The deadline for expert discovery is extended to **Monday, April 1, 2024**. Affirmative expert reports are due on **Friday, February 9, 2024**; rebuttal expert reports are due on **Friday, March 8, 2024**; and expert depositions must be completed by **Monday, April 1, 2024.**

**Motion for Leave to Amend:** Plaintiff's anticipated motion for leave to amend the complaint and supporting papers are due on **Friday, October 27, 2023**; Defendants' response is due on **Tuesday, November 21, 2023**, and Plaintiff's reply is due on **Friday, December 1, 2023**. Plaintiff's motion shall include a clean copy of the proposed amended complaint and a redline showing the proposed changes.

In light of the anticipated motion for leave to amend the complaint, the **October 17, 2023** deadline for Defendants to answer the complaint or move to dismiss is **adjourned** *sine die*. A new deadline will be set, if appropriate, following a decision on the motion for leave to amend the complaint.

**Status Letter and Conference:**  The parties are directed to file a joint status letter providing an update on discovery on **Friday, November 10, 2023**.  Additionally, a Case Management Conference is scheduled on **December 7, 2023 at 11:00 a.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, NY.  The Court will also hear oral argument on the motion to amend at the December 7, 2023 conference.  Although certain counsel are based in Florida, this conference and oral argument will be held in-person absent compelling circumstances.

**Pending Motions:**  The motion to compel discovery at **ECF No. 107** is **DENIED** without prejudice as premature.  The parties shall continue to exchange discovery in good faith and in accordance with their obligations under the Federal Rules of Civil Procedure.  In the event of a discovery dispute that cannot be resolved through the meet and confer process, the parties should not file a motion to compel discovery but rather should write to the Court outlining the dispute and requesting a discovery conference.

The motion for leave to file a document under seal at **ECF No. 120** is **DENIED** without prejudice as non-compliant with the local rules and as moot in light of the anticipated motion for leave to amend the complaint.  Any renewed motion to seal shall comply with the directives set forth on pages 6-7 of my Individual Rules, available at https://www.nysd.uscourts.gov/hon-katharine-h-parker.  In addition, any renewed motion to file a document in connection with the Motion to Dismiss will be premature until after Defendants have filed any renewed/revised Motion to Dismiss, and accordingly Plaintiff should wait until any such motion is filed before renewing his motion to file a document under seal.  Finally, the parties are advised that the

mere fact that information is designated as confidential by the parties or exchanged pursuant to a protective order does not mean the Court will necessarily grant a motion to seal. *See, e.g. Susquehanna Int'l Grp. Ltd. v. Hibernia Express (Ir.) Ltd.*, 2021 WL 3540221, at *4 (S.D.N.Y. Aug. 11, 2021).

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 107 and 120.**

**SO ORDERED.**

DATED:    New York, New York
          October 11, 2023

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge