**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SANKET VYAS,

                        Plaintiff,                              **23-CV-8104 (AT) (KHP)**

        -against-                                              **ORDER**

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' Joint Status Letter at ECF No. 165.

By **Friday, November 17, 2023**, Defendants shall identify with specificity the search methodology used in locating documents, including the search terms used and the custodians searched. Defendants shall update Plaintiff to the extent the methodology evolves.

Defendants assert that they intend to make a production of documents this week, and to the extent possible, to respond to Plaintiff's remaining questions at that time. By **Monday, November 27, 2023**, the parties shall file a joint letter that succinctly represents what categories of documents have been produced and what categories of documents remain outstanding, and when Defendants anticipate producing outstanding, responsive documents. This status letter should not be argumentative and should not provide a blow-by-blow account of the parties' communications.

At the last Case Management Conference, the Court discussed with the parties that an extension of the February 2, 2024 discovery deadline would likely be needed to allow sufficient time for discovery. The November 27 status letter should also provide the parties' position(s)

as to what discovery extensions – if any – will be needed.  The parties should meet and confer in an effort to reach agreement as to reasonable discovery extensions.  The Court will discuss extending the discovery deadlines at the upcoming conference on December 7, 2023.

Moving forward, the parties shall meet and confer in good faith regarding discovery disputes in order to resolve or narrow disputes as much as possible before raising the disputes with the Court.

**The Case Management Conference and Oral Argument scheduled on December 7, 2023 at 11:00 a.m. <u>is rescheduled to 10:00 a.m. on the same date</u>.  The conference will be held on <u>December 7, 2023, at 10:00 a.m.</u> in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY.**

      **SO ORDERED.**

DATED:    New York, New York
            November 13, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge