USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANKET VYAS,

                       Plaintiff,

      -against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                       Defendants.
-----------------------------------------------------------------X

**23-CV-8104 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the December 7, 2023 Case Management Conference:

The deadline to complete fact discovery is extended to **Friday, August 2, 2024** and the deadline to complete expert discovery is extended to **Tuesday, October 1, 2024**. No further extensions of these deadlines will be granted absent a showing of good cause. On **Tuesday, January 16, 2024**, the parties shall submit a joint status letter updating the Court on the status of discovery.

Plaintiff's request for production of documents pertaining to disclosures of outside business activity not related to Q31 is denied without prejudice. Similarly, Plaintiff's request for production of text messages of the identified custodians is denied without prejudice. Defendants should preserve this information in accordance with their duties under the Federal Rules.

The parties are reminded of their option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on

the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file such form with the Court.  The parties can also consent just for a specific motion, using the form available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion.  This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:   New York, New York
         December 7, 2023

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge