UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANKET VYAS,

                  Plaintiff,

      -against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/08/2023_
```

23 Civ. 8104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 27, 2024, is ADJOURNED to **September 10, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: December 8, 2023
       New York, New York

                           ANALISA TORRES
                    United States District Judge