# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com; (212) 880-9585

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

January 22, 2024

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2024

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

Re: *Sanket Vyas v. Taglich Brothers, Inc. and Taglich Private Equity, LLC*,
No. 23-CV-8104 (AT) (KHP)

Dear Judge Parker:

We represent Taglich Brothers, Inc. and Taglich Private Equity, LLC (together, "Taglich") in the above-captioned action. On January 17, 2024, the Court issued an Order scheduling a case management conference for Monday, February 26, 2024. (Dkt. 182.) We write to respectfully request the conference be continued to another date that week, as counsel for Taglich has previously scheduled travel on February 26 and will be unavailable.

Plaintiff does not object to this request. This is Taglich's first request for a continuation with respect to this case management conference.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Benjamin S. Fischer*
Benjamin S. Fischer

**APPLICATION GRANTED:** The Case Management Conference scheduled on Monday, February 26, 2024 at 3:30 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY is hereby rescheduled to Thursday, February 29, 2024 at 2:15 p.m.

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
01/22/2024