USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANKET VYAS,

                                   Plaintiff,                                      23-CV-8104 (AT) (KHP)

      -against-

                                                                                           SCHEDULING ORDER

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                                   Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the February 29, 2024 Case Management Conference:

       Plaintiff's request for leave to file a motion to amend the complaint is denied.

       The deadline for Defendants' Motion to Dismiss is **Friday, March 22, 2024**; Plaintiff's opposition brief is due on **Monday, April 22, 2024**; and Defendants' reply is due on **Monday, May 6, 2024.**

       Defendants' Motion to Compel Discovery (ECF No. 198) is granted in part and denied in part. Specifically, Defendants may serve a contention interrogatory that asks Plaintiff to identify those documents that it is relying on in support of its claims against Defendants. Plaintiff may serve a corresponding contention interrogatory upon Defendants.

       The parties shall file a joint update regarding the status of discovery on **Monday, April 1, 2024.** If a discovery issue arises before that time that cannot be resolved through the meet and confer process, the parties may write to the Court seeking intervention.

       **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 198.**

       SO ORDERED.

Dated: March 1, 2024                                                  KATHARINE H. PARKER
       New York, NY                                                  United States Magistrate Judge