```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANKET VYAS,

                          Plaintiff,              23-CV-8104 (AT) (KHP)

            -against-                             ORDER

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                          Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the May 9, 2024 Case Management Conference, the discovery deadlines have been revised as follows:

Fact discovery will close **90 days** after Defendants file their answer. Expert discovery will close **90 days** after the close of fact discovery. Affirmative expert reports are due **30 days** following the close of fact discovery and rebuttal expert reports are due **30 days** thereafter. Expert depositions must be completed by the close of expert discovery. Discovery on punitive damages will take place in the **45-day period** after resolution of any motions for summary judgment.

Pursuant to Federal Rule of Civil Procedure 26(e), the parties are under an obligation to continually supplement their disclosures or discovery responses to the extent previous disclosures/responses are discovered to be incomplete. The parties are directed to amend their contention interrogatory responses by **July 2, 2024 and thereafter as appropriate**.

The parties are ordered to file a joint status letter providing an update on discovery by **Tuesday, July 9, 2024.**

The letters and/or motions located at ECF Nos. 216-219, and 221-223 are hereby resolved. The parties should follow the Court's directives above and set forth more fully on the record.

**SO ORDERED.**

DATED:   New York, New York
         May 10, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge