```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANKET VYAS,

                                          Plaintiff,

           -against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                                      Defendants.
-----------------------------------------------------------------X

23-CV-8104 (AT) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the August 5, 2024 Case Management Conference:

The parties shall exchange lists of intended deponents within the next 30 days. In addition, the parties shall file a joint status letter by **Monday, September 30, 2024**, updating the Court on the status of discovery.

    **SO ORDERED.**

DATED:    New York, New York
               August 5, 2024

                                           _____
                                           KATHARINE H. PARKER
                                           United States Magistrate Judge