```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANKET VYAS,

                          Plaintiff,

        -against-                                    23 Civ. 8104 (AT)

TAGLICH BROTHERS, INC. and TAGLICH              **ORDER**
PRIVATE EQUITY, LLC,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/2024_

ANALISA TORRES, District Judge:

The case management conference scheduled for September 10, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: September 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge