```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANKET VYAS,

                              Plaintiff,                    23-CV-8104 (AT) (KHP)

      -against-                                  POST-CONFERENCE ORDER

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference on March 10, 2025, the parties are directed to serve their respective 30(b)(6) deposition notices and to issue a subpoena of Denis McEvoy by **March 17, 2025**. In addition, the parties shall file a status letter by **March 31, 2025**, informing the Court of the deposition schedule and of the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               March 10, 2025

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge