

May 2, 2025

**By ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sanket Vyas v. Taglich Brothers, Inc., et al.*, **C**ase No. 23-CV-8104, Joint
               Request to Attend Case Management Conference Telephonically

Dear Judge Parker,

      We represent Taglich Brothers, Inc. and Taglich Private Equity, LLC (collectively, "Taglich") in the above-referenced case. Please accept this letter as a joint motion from the parties, requesting leave to attend the upcoming Case Management Conference—scheduled for **May 7, 2025, at 2 p.m.** (D.E. 274)—telephonically. As the Court is aware, Taglich's counsel are Florida-based attorneys. Accordingly, to avoid the time and expense of having to travel for the Case Management Conference, the parties respectfully request that the Court allow them to appear at the conference telephonically or through other remote means.

      Thank you, as always, for your time and consideration.

Respectfully submitted,

**/s/ Michael A. Pineiro**
Michael A. Pineiro, Esq.
mpineiro@mnrlawfirm.com
Bryan A. Almeida, Esq.
balmeida@mnrlawfirm.com

*Counsel for Taglich*

---

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for <u>Wednesday May 7, 2025 at 2:00 p.m.</u> is hereby converted to a telephonic proceeding. The parties are directed to call Judge Parker's court conference line at the scheduled time.
**Please dial (646) 453-4442, ID: 565 212 682#.**

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
05/02/2025

---

MIAMI OFFICE
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530, Miami 33131
P • 305-400-4260  |  F • 866-780-8355

FORT LAUDERDALE OFFICE
One Financial Plaza
100 Southeast Third Avenue, Suite 805, Ft Lauderdale 33394
P • 954-462-1200  |  F • 866-780-8355