**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANKET VYAS,

                              Plaintiff,　　　　　　　　**23-CV-8104 (AT) (KHP)**

                -against-　　　　　　　　　　　　**CASE MANAGEMENT ORDER**

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                             Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties to this action appeared before the undersigned on May 7, 2025, for a case management conference. Consistent with the Court's on-the-record instructions, the Defendants submitted a status letter indicating the deposition of non-party Denis McEvoy has been scheduled. The Court thanks the Defendants for the update. The Court orders the following schedule to apply in addition to all existing schedules:

- The Plaintiff's letter motion to compel deposition answers was filed May 14, 2025 (ECF No. 281). The Defendant will have until **May 28, 2025**, to respond, and the reply will be due **June 4, 2025**.

- The parties shall review and follow Judge Torres's rules regarding the filing of summary judgment motions.

- The Defendants may supplement interrogatory responses by **June 13, 2025**.

- The parties shall file a joint status update by **June 6, 2025.**

      [Signature page follows.]

**SO ORDERED.**

Dated: May 15, 2025
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge