UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANKET VYAS,

                                     Plaintiff,

                    -against-

TAGLICH BROTHERS, INC. and TAGLICH
PRIVATE EQUITY, LLC

                                  Defendants.
-----------------------------------------------------------------X

**23-CV-8104 (AT) (KHP)**

**CASE MANAGEMENT ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case appeared before the undersigned on July 10, 2025, at 11:00 a.m.  The Court ordered the following:

- Plaintiff's requests for additional discovery in connection with the letters filed as ECF Nos. 281, 294, and 297 were **denied** for the reasons stated on the record, and the Parties shall refer to the transcript regarding that ruling.

- The parties shall meet and confer on a proposed short extension to the expert discovery schedule.  They shall submit a letter by **July 17, 2025**, regarding any proposed extension.

- The parties shall review Judge Torres's individual practices and procedures regarding the filing of summary judgment motions and submit a letter proposing a briefing schedule by **July 24, 2025.**

       **SO ORDERED.**

DATED:     New York, New York
             July 10, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge