

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2025

**MEMO ENDORSED**

September 9, 2025

**By ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, New York, New York 10007

    Re:    *Sanket Vyas v. Taglich Brothers, Inc., et al.*, Case No. 23-CV-8104
              <u>Joint Motion to Continue Case Management Conference Pending Settlement Discussions and to Further Stay Pretrial Deadlines</u>

Dear Judge Parker:

    We represent Taglich Brothers, Inc. and Taglich Private Equity, LLC, in the above-referenced case. On August 12, 2025, Your Honor entered an Order at the parties' request staying all upcoming pretrial deadlines for thirty days to allow the parties to continue their settlement talks without incurring additional expenses related to the litigation.

    The parties' settlement discussions are still ongoing and there has been progress. The parties wish to continue to focus on their settlement efforts. As a result, the parties respectfully and jointly request that the Court (i) continue the Case Management Conference scheduled for September 10, 2025, for thirty (30) days, and (ii) further stay the upcoming pretrial deadlines for an additional thirty (30) days.

    Alternatively, with respect to the Case Management Conference, if the Court elects to proceed with the conference on the present date and time, the parties jointly request that the Court conduct the conference telephonically, as lead counsel for both Plaintiff and Defendants who will be participating in the conference are located outside of New York.

                                              Respectfully submitted,

                                              **MARCUS RASHBAUM**
                                              **PINEIRO & MEYERS LLP**

                                              <u>*/s/ Michael A. Pineiro*</u>
                                              Michael A. Pineiro, Esq.
                                              Florida Bar No. 41897
                                              mpineiro@mnrlawfirm.com

                                              *Counsel for Taglich Brothers, Inc. and Taglich Private Equity, LLC*

/s/ Paul Thanasides
Paul Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott Grimaldi
Guito & Matthews, P.A.
500 E. Kennedy Blvd., Ste. 200
Tampa, Florida 35602
Tel: (813) 223-0000 Fax: (813) 225-1221

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on September 9, 2025 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

/s/  Michael A. Pineiro
Michael A. Pineiro, Esq.

**APPLICATION GRANTED:** No further extensions of adjournments. The parties are reminded that the Court's rules require requests for adjournments to be made at least two business days in advance of a deadline. The case management conference scheduled for Wednesday, September 10, 2025, at 2:00 p.m. in Courtroom 17D of 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, November 13, 2025 at 2:00 p.m.

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

09/10/2025

2