UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SANKET VYAS,

                       Plaintiff,                                23-CV-8104 (AT) (KHP)

        -against-                                     **ORDER**

TAGLICH BROTHERS, INC.

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 1, 2025, the Plaintiff filed a motion under Federal Rule of Civil Procedure 41 requesting dismissal with prejudice of defendant Taglich Private Equity, LLC ("TPE"). (ECF No. 319.) The motion was referred to the undersigned on October 14, 2025. (ECF No. 320.) Following a conference on October 27, 2025, the parties represented on the record that they would stipulate to dismiss TPE. Plaintiff filed a Stipulation of Dismissal on November 13, 2025. (ECF No. 329.) Accordingly, the motion at ECF No. 319 is hereby **denied as moot**.

      SO ORDERED.

DATED:     New York, New York
                November 13, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge