UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANKET VYAS,

                          Plaintiff,

        -against-

TAGLICH BROTHERS, INC.,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/4/2026
```

23 Civ. 8104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated July 25, 2025, the Honorable Katherine H. Parker adopted the parties' joint proposed briefing schedule for summary judgment pre-motion letters pursuant to the undersigned's Individual Practices in Civil Cases. *See* ECF No. 309. Since then, the parties have engaged in settlement discussions, requested a stay of the pre-motion letters deadlines for 30 days, ECF No. 315, and stipulated to voluntarily dismiss Defendant Taglich Private Equity, LLC, ECF No. 334.

Pursuant to the 30-day stay of the pre-motion letters deadlines, the parties were to exchange any statements of material fact between each other by November 17, 2025, and file any pre-motion letters on the docket by December 15, 2025, with any opposition letters to be filed by December 22, 2025. *See* ECF Nos. 309, 315. The Court did not receive any pre-motion letters from the parties.

Accordingly, by **February 11, 2026**, the parties shall file a status update, which shall include a proposed schedule for pre-motion letters for summary judgment, if any.

        SO ORDERED.

Dated: February 4, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge